UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| **Zanna Blaney,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 1:19-cv-00437-PB |
| ) | |
| **Bedford School District,** ) | **Jury Trial Demanded** |
| ) | |
| **Defendant** ) | |

## DISCOVERY STIPULATION

NOW COMES the parties, by and through their attorneys, and stipulate that the ongoing discovery has been delayed by the COVID-19 crisis. The parties have no current discovery disputes.

Respectfully submitted,

**ZANNA BLANEY**

By Her Attorneys,
Backus, Meyer & Branch, LLP

Dated: April 2, 2020        By:    /s/ Jon Meyer
                                   Jon Meyer, Esq. (#1744)
                                   116 Lowell St., P.O. Box 516
                                   Manchester, NH  03105-0516
                                   603-668-7272
                                   jmeyer@backusmeyer.com

Respectfully submitted,

**BEDFORD SCHOOL DISTRICT**

By Their Attorneys,

Gallagher, Callahan & Gartrell, P.C.

Dated:  April 2, 2020			By:	/s/ Samantha D. Elliott
					Samantha D. Elliott, Esq. (#17685)
					214 North Main Street
					Concord, NH  03301
					603-228-1181
					elliott@gcglaw.com